# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, ROCK ISLAND DIVISION

| | |
|---|---|
| PEKIN INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 24 cv 4197 SLD-JEH |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Pekin Insurance Company, and Defendant Lowe's Home Centers, LLC, pursuant to F.R.C.P. 41(a)(1), hereby stipulate to the dismissal of Plaintiff's action against Defendant with prejudice and with each party to bear their own fees and costs.

Respectfully submitted:

| | |
|---|---|
| By:/s/ *Richard M. Burgland* | By:/s/Benjamin W. Powell |
| Richard M. Burgland<br>BURGLAND LAW, LLC<br>89 N. Edgewood Ave<br>La Grange, Illinois 60525<br>(773) 294-7743<br> rmb@burglandlaw.com<br><br>*Attorneys for Plaintiff* | Benjamin W. Powell #6280891<br>130 N. Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>T: (618) 656-0184<br>F: (618) 656-1364<br>*bwp@heplerbroom.com*<br><br>*Attorneys for Lowe's Home Centers, LLC* |

1

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this 18th day of August, 2025.

Notice will be sent by the Court's electronic filing system to all parties listed on the filing receipt.

/s/ *Richard M. Burgland*